IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Ann McNally,<br><br>        Petitioner,<br><br>vs.<br><br>State of Arizona,<br><br>        Respondent. | )<br>)<br>) CIV 06-899-PHX-EHC (VAM)<br>)<br>) **O R D E R**<br>)<br>)<br>)<br>)<br>) |

On July 10, 2006, Petitioner filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 7) . An Answer with Exhibits was filed July 10, 2006. (Dkt. 11). Magistrate Judge Virginia A. Mathis issued a Report and Recommendation September 14, 2006. (Dkt. 10). Petitioner did not file Objections.

## **STANDARD OF REVIEW**

A district court judge reviews *de novo* the Report and Recommendation of a Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C).

## **DISCUSSION**

The Court having reviewed the record de novo, adopts in full the Report and

1  Recommendation of the Magistrate Judge and incorporates the same as a part of this

2  Order.

3  
4      Accordingly,

5      **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate

6  Judge. (Dkt. 10).

7      **IT IS FURTHER ORDERED** denying the Amended Petition for Writ of Habeas

8  
9  Corpus. (Dkt. 7).

10     DATED this 31st day of October, 2006.

*[signature]*

Earl H. Carroll
United States District Judge

- 2 -